DISTRICT COURT
DISTRICT OF LOUISIANA
RECEIVED LAFAYETTE

MAR 2 1 2013

CLERK
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| STEVE DUPLECHAIN, III | CIVIL ACTION 11-1755 |
| VERSUS | JUDGE HAIK |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. After an independent review of the record, and noting the absence of Objections, this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, it is **ORDERED, ADJUDGED, and DECREED** that the decision of the Commissioner is **REVERSED and REMANDED** for further consideration as set forth in the Report and Recommendation of the Magistrate Judge. In particular, the Commissioner should give the treating physician's opinions controlling weight or set forth good cause not to do so, thoroughly evaluate Mr. Duplechain's residual functional capacity, reconsider the finding that Mr. Duplechain can perform his prior light duty work, and determine whether Mr. Duplechain is disabled.

THUS DONE and SIGNED on this 20th day of March, 2013.

RICHARD T. HAIK, SR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT